UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN  DIVISION

———

LANCE TAYLOR,

        Plaintiff,                  Case No. 1:15-cv-1193

v.

                                              Honorable Paul L. Maloney

T. WINN,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without

prejudice.  Plaintiff shall remain liable for payment of the $400.00 civil action filing fee.


Dated:   January 21, 2016          /s/ Paul L. Maloney_____
                                    Paul L. Maloney
                                    United States District Judge